# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 06, 2018**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CHS, INC., a Minnesota cooperative<br>*Plaintiff*<br>v.<br>DAVID V. BLACK, an individual and sole proprietor doing business as Black Rock Ranch,<br>*Defendant* | Civil Action No. 2:17-CV-384-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff's Motion for Entry of Default Judgment (ECF No. 14) and Motion for Attorneys Fees and Costs (ECF No. 18) are granted. Judgment is entered in favor of Plaintiff against Defendant David V. Black in the principal sum of $142,217.42; prejudgment interest on the principal sum at the rate of 18% per annum as follows: $6,592.65 from 10/31/17 through 2/02/18 and $2,179.30 ($70.13 per day from 2/03/18 to 03/06/18). Attorney fees, costs and disbursements also awarded in favor of Plaintiff against Defendant: $11,040.00 in attorney fees through 2/02/18; $65.04 in legal expenses through 2/02/18, and $616.57 in costs and disbursements through 2/02/18. Post-judgment interest shall be allowed as provided in 28 U.S.C. § 1961.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Rosanna Malouf Peterson on a Motion for Entry of Default Judgment (ECF No. 14) and on a Motion for Attorney Fees and Costs (ECF No. 18).

Date: March 6, 2018

*CLERK OF COURT*

s/Penny Lamb, Deputy Clerk

*Signature of Clerk or Deputy Clerk*